# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida



**GEORGE LONGMORE**
    Plaintiff,

Case No.: 15-cv-60549-COHEN/SELTZER

vs.

**GULF COAST COLLECTION BUREAU**
    Defendant.

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, George Longmore, files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and States:

I hereby disclose the following pursuant to this Court's interested parties order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action- including subsidiaries, conglomerates, affiliates, parent corporations, publicly- traded companies that own 10% or more of a parties stock, and all other identifiable legal entities related to any party in the case:

   | | |
   |---|---|
   | George Longmore | Plaintiff |
   | Gulf Coast Collection Bureau | Defendant |
   | Ernest H. Kohlmyer, III | Defendant's Counsel |
   | Urban Their Federer & Chinnery, P.A. | Defendant's Counsel |

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings

    None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None known.

4. The name of each victim (individual or corporate) or civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    The plaintiff is the victim of wrongful civil conduct.

5. I hereby certify that, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 7th day April 2015.

Respectfully submitted,<br>
/s/ *George Longmore, pro se*<br>
George Longmore

## CERTIFICATE OF SERVICE

I HEREBY that a true copy of the foregoing was served on this 7th[d] day of April 2015 via USPS Regular Mail upon Defendant, Gulf Coast Collection Bureau at the following address:

Ernest H. Kohlmyer
kohlmyer@urbanthier.com
Urban, Their, & Federer, P.A.
200 S. Orange Ave, Ste. 2000
Orlando, FL. 32801
407.245.8352
*Attorneys for Defendant*

*/s/ George Longmore pro se*
George Longmore
607 NW 155 Ter
Pembroke Pines FL 33028
954.438.1633
georgelongmore@comcast.net

PEMBROKE PNES FL 331

04 APR 2015 PM 4 L

US District Court
299 E. Broward Blvd
Ft Lauderdale FL 33301
ATTN Clerk., Rm 108

33301197799

Mr. George P. Longmore
607 NW 155th Ter.
Pembroke Pnes, FL 33028-1510