# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY _____ D.C.

APR 06 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

GEORGE LONGMORE
   Plaintiff,

Case No.: 15-cv-60549-COHEN/SELTZER

vs.

GULF COAST COLLECTION BUREAU
   Defendant.

## PLAINTIFFS REPLY TO DEFENDANTS AFFIRMATIVE DEFENSES

Plaintiff, George Longmore Replies to Defendant, Gulf Coast Collection Bureaus Affirmative Defenses and states [DE 7] and states:

1. Plaintiff denies First Affirmative Defense and demands strict proof.

2. All actions by Defendant upon Plaintiff occurred on 11/3/2014 or after. Well within statute of limitations for all counts.

   Plaintiff denies Second Affirmative Defense and demands strict proof.

3. Plaintiff denies Third Affirmative Defense and demands strict proof.

4. Plaintiff denies Fourth Affirmative Defense and demands strict proof.

5. Plaintiff denies Fifth Affirmative Defense and demands strict proof.

6. Plaintiff denies Sixth Affirmative Defense and demands strict proof.

7. Plaintiff denies Seventh Affirmative Defense and demands strict proof.

8. Plaintiff denies Eighth Affirmative Defense and demands strict proof.

1

Dated: April 7, 2015                                                  respectfully submitted,

*/s/ George Longmore*
George Longmore

## CERTIFICATE OF SERVICE

I HEREBY that a true copy of the foregoing was served on this 7th day of April 2015 via USPS Regular Mail upon Defendant, Gulf Coast Collection Bureau at the following address:

Ernest H. Kohlmyer
kohlmyer@urbanthier.com
Urban, Their, & Federer, P.A.
200 S. Orange Ave, Ste. 2000
Orlando, FL. 32801
407.245.8352
*Attorneys for Defendant*

/s/ *George Longmore pro se*
George Longmore
607 NW 155 Ter
Pembroke Pines FL 33028
954.438.1633
georgelongmore@comcast.net

Mr. George P. Longmore
607 NW 155th Ter.
Pembroke Pnes, FL 33028-1510

US District Court
299 E. Broward Blvd
Ft Lauderdale FL 33301
ATTN: Clerk Rm 108

