UNITED STATES DISTRICT COURT
for the Southern District of Florida



GEORGE LONGMORE

Plaintiff,

Case No.: 15-cv-60549-COHN/SELTZER

v.

GULF COAST COLLECTION BUREAU

Defendant.

_____/

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND MEMORANDUM OF IN SUPPORT

Plaintiff, George Longmore, respectfully request the Honorable Court to grant leave, thereby permitting Plaintiffs First Amended Complaint, and states as follows:

### INTRODUCTION

Pursuant to Rule 15(a) of the Federal Rule of Civil Procedure, Plaintiff requests the Courts permission to file an AMENDED COMPLAINT, a copy of which is attached hereto. The new complaint maintains the counts and allegations against the same defendant from the original complaint, but corrects clerical errors that existed.

1. Plaintiff filed their Complaint in this Court on March 16, 2015.
2. Defendant answered this Complaint on March 27, 2015.
3. Joint Scheduling Order was entered on March 17, 2015.
4. Mediation Hearing is scheduled for June 17, 2015.

1

5. No Party has moved for Summary Judgment.

6. A motion to amend complaint should be granted unless it clearly appears the amendment would prejudice the opposing party, the privilege to amend has been abused, or the amendment would be futile.

7. Under Fed. R. Civ. P. 15, the court should "freely give leave [to amend] when justice so requires."

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

8. Federal Rule of Civil Procedure 15(a)(2) provides that a party may amend its pleadings by leave of the court or by written consent of the adverse party, and the court "should freely give leave" to amend a complaint "when justice so requires." In particular, "timely motions to amend are held to a very liberal standard." *Smith v. Trans-Siberian Orchestra*, 728 F. Supp. 2d 1315, 1318 (M.D. Fla. 2010).

9. Plaintiff seeks to amend complaint based on clerical errors that existed. The amended complaint does not change the factual circumstances surrounding Plaintiffs allegations of Defendants violations of the Fair Debt Collections Practices Act (FDCPA), the Florida Consumer Collection Practices Act (FCCPA), and the Telephone Consumer Protection Act (TCPA).

10. Because the amendment is timely sought and would serve the court and parties' interest in efficiently addressing Plaintiffs claims regarding the FDCPA, FCCPA and TCPA violations; this is precisely the type of circumstance where the court should freely grant leave to amend in the interest of justice. *See* Fed R. Civ. P. 15(a)(2); *Smith v. Trans-Siberian Orchestra*, 728 F. Supp. 2d at 1318.

11. In addition, the court must be ever mindful that *pro se* complaints are liberally construed and are held to a less stringent standard than the formal pleadings prepared by attorneys. *Williams v. Curtin*, 631 F. 3d 380,383 (6th Cir. 2011).

12. The amendment will not result in any prejudice to Defendant.

13. Plaintiff has conferred with Defendant regarding the proposal to amend the complaint.

14. Defendant is opposed to Plaintiff's motion at this time.

**Wherefore**, Plaintiff George Longmore respectfully request that this Honorable Court grant leave to allow Plaintiff to file his First Amended Complaint.

Respectfully submitted,
*/s/ George Longmore*
George Longmore, *pro se*
607 NW 155 Terr
Pembroke Pines Fl, 33028
georgelongmore@comcast.net
(954) 871-1602

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May 2015, a true and correct copy of the foregoing

Plaintiff's Motion for Leave to File First Amended Complaint by U.S.P.S. Mail To:

Ernest H. Kohlmyer III
Urban, Thier, Federer & Chinnery
200 South Orange Ave Ste 2000
Orlando, FL. 32801
407.245.8352
kohlmyer@urbanthier.com
Attorneys for Focus Financial Services
CASE NO.: 13-60035-cv-Rosenbaum

                        Respectfully submitted,
                        */s/ George Longmore*
                        George Longmore, *pro se*
                        607 NW 155 Terr
                        Pembroke Pines Fl, 33028
                        georgelongmore@comcast.net
                        (954) 871-1602

George Longmore
607 NW 155 terr
Pembroke Pines FL. 33028

ATTN: CLERK
US DISTRICT COURT
299 E. Broward Blvd. Rm 108
Ft. Lauderdale FL. 33301

