IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-60549 COHN/SELTZER

GEORGE LONGMORE
    Plaintiff,

V.

GULF COAST COLLECTION BUREAU
                          Defendant.

_____/



FILED BY ___

JUN 26 2015

STEVEN M. LARIMORE
U.S. DIST. CT.
S.D. FLA. FT. L.

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW COMES the Affiant, George Longmore of Pembroke Pines, Florida who is over the age of 21 years, competent to testify, and declares as follows under penalty of perjury regarding Case No.: 15-cv-60549 COHN/SELTZER George Longmore v. Gulf Coast Collection Bureau:

1. I am over the age of 21 and have personal knowledge of the information contained in this Affidavit.

2. I have reviewed the docket on this matter of the United States District Court Southern District of Florida.

3. The Defendant, Gulf Coast Collection Bureau was served on May 15, 2015 with Plaintiffs Amended Complaint.

4. All exhibits and facts alleged in this Plaintiff's Motion for Summary Judgment are true and correct to the best of my knowledge and belief.

## NOTARY'S VERIFICATION

STATE OF FLORIDA

COUNTY OF BROWARD

On this day personally came before me the above-named Affiant, who proved his identity to me to my satisfaction, and he acknowledged his signature on this Affidavit in my presence and stated that he did so with full understanding that he was subject to the penalties of perjury.

AFFIRMATION

I hereby affirm that I prepared and have read this Affidavit and that I believe the foregoing statements in this Affidavit to be true and correct. I hereby further affirm that the basis of these beliefs is my own direct knowledge of the statements described herein.

Further the Affiant sayeth naught.

Signed in Pembroke Pines, Florida

June 26, 2015

George Longmore

Florida DL #
L525-315-66-300-0

Name of Notary

MERLINE HIGGINS
MY COMMISSION #FF054982
EXPIRES October 6, 2017
FloridaNotaryService.com
(407) 398-0153

16