UNITED STATES DISTRICT COURT
for the Southern District of Florida

GEORGE LONGMORE

Plaintiff,

Case No.: 15-cv-60549-COHN/SELTZER

v.

GULF COAST COLLECTION BUREAU

Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISSMISSAL WITH PREJUDICE

Plaintiff, George Longmore, pursuant to Rule 41(a)(1)(A)(i) of Federal Rules of Civil Procedure,

hereby dismisses the above action against Defendant, Gulf Coast Collection Bureau, with

prejudice.

Respectfully submitted,

George Longmore, *pro se*
607 NW 155 Terr
Pembroke Pines Fl, 33028
georgelongmore@comcast.net
(954) 871-1602

### CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July 2015, a true and correct copy of the foregoing

Plaintiff's Notice of Voluntary Dismissal by U.S.P.S. Mail To:

Ernest H. Kohlmyer III
Urban, Thier, Federer & Chinnery
200 South Orange Ave Ste 2000
Orlando, FL. 32801
407.245.8352
kohlmyer@urbanthier.com
Attorneys for Gulf Coast Collection Bureau
CASE NO.: 15-cv-60549 Cohen/Seltzer

Respectfully submitted,

George Longmore, *pro se*
607 NW 155 Terr
Pembroke Pines Fl, 33028
georgelongmore@comcast.net
(954) 871-1602

2

George Longmore
607 NW 155 terr
Pembroke Pines FL. 33028

US DISTRICT COURT
299 E. Broward Blvd Rm 108
Ft Lauderdale Fl 33301
**ATTN: Clerk**

33301£1977 CO1S